IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLIN HOLDING COMPANY LLC and UNITEDHEALTH GROUP INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>GLEN S. FEINGOLD, individually and as Trustee of the Glen S. Feingold Irrevocable Trust – 2015; BARBARA S. FEINGOLD, individually and as Trustee of the Samantha M. Feingold Irrevocable Trust – 2015, Barbara S. Feingold Irrevocable Trust – 2015, Glen S. Feingold Irrevocable Trust – 2015, and Eric I. Feingold Irrevocable Trust – 2015; ERIC I. FEINGOLD, individually and as Trustee of the Eric I. Feingold Irrevocable Trust – 2015; and SAMANTHA M. FEINGOLD, individually and as Trustee of the Samantha M. Feingold Irrevocable Trust – 2015,<br><br>Defendants. | Case No. 23-535-CFC |

## PLAINTIFFS' DISCLOSURE OF CITIZENSHIP OF ORGANIZATIONAL ENTITIES IN DIVERSITY CASES

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and the Court's April 18, 2022 Standing Order, Plaintiff Marlin Holding Company LLC discloses that it is a Delaware limited liability company whose sole member, Specialty Benefits, LLC, is a Delaware limited liability company that is a direct, wholly owned subsidiary of United Healthcare Services Incorporated.  United Healthcare Services Incorporated is a Minnesota corporation with its principal

place of business in Minnetonka, Minnesota, that is a direct, wholly owned subsidiary of Plaintiff UnitedHealth Group Incorporated, a Delaware corporation with its principal place of place of business in Minnetonka, Minnesota.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Brian T. Frawley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Tel: (212) 558-4000<br><br>Jason O. Heflin<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W., Suite 700 Washington, D.C. 20006<br>Tel: (202) 956-7500<br><br>May 25, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *R. Judson Scaggs, Jr.*<br>R. Judson Scaggs, Jr. (#2676)<br>Michael J. Flynn (#5333)<br>Grant E. Michl (#7088)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>rscaggs@morrisnichols.com<br>mflynn@morrisnichols.com<br>gmichl@morrisnichols.com<br><br>*Attorneys for Plaintiffs* |